JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTER HOUSING FOR LONG BEACH and JOANI WEIR,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California,<br><br>Defendant. | Case No.: CV 19-08861-CJC (JCx)<br><br>JUDGMENT |

Plaintiffs Better Housing for Long Beach and Joani Weir bring this action for declaratory and injunctive relief against Defendant Gavin Newsom in his official capacity as Governor of the State of California and former Defendant the City of Long Beach. The parties stipulated to voluntarily dismiss Long Beach, and the Court dismissed

-1-

Plaintiffs' claims against Long Beach with prejudice pursuant to Federal Rule of Civil Procedure 41(a). The Governor then moved to dismiss Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). For the reasons stated in the Court's Order, the Governor's motion is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**.

DATED: March 11, 2020

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE